No. 1016. JONES *v.* UNITED STATES. C. A. 9th Cir. Motion to dispense with printing petition granted. Certiorari denied.

No. 5942. SHIRLEY *v.* LOUISIANA. Sup. Ct. La. Certiorari denied. MR. JUSTICE DOUGLAS and MR. JUSTICE BRENNAN are of the opinion that certiorari should be granted.

No. 1101. NAMED INDIVIDUAL MEMBERS OF THE SAN ANTONIO CONSERVATION SOCIETY *v.* TEXAS HIGHWAY DEPARTMENT ET AL., 400 U. S. 968;

No. 5418. ETHRIDGE *v.* UNITED STATES, 400 U. S. 993;

No. 5437. ETHRIDGE *v.* UNITED STATES, 400 U. S. 1000;

No. 5846. LEWIS *v.* ROBINSON, U. S. DISTRICT JUDGE, ET AL., 400 U. S. 959;

No. 5885. BRISCOE *v.* UNITED STATES, 400 U. S. 966;

No. 5947. FLETCHER *v.* BRIERLEY, CORRECTIONAL SUPERINTENDENT, 400 U. S. 997;

No. 5972. HAHN *v.* SMITH, WARDEN, 400 U. S. 1010; and

No. 6043. ROGERS *v.* CALIFORNIA, 400 U. S. 1018. Petitions for rehearing denied.

No. 385. PUERTO RICO TELEPHONE CO. *v.* FIGUEROA DE ARROYO ET AL., 400 U. S. 877, 953. Motion for leave to file second petition for rehearing denied.

No. 556. SACCO, AKA ROSSELLI *v.* UNITED STATES, 400 U. S. 903. Motion for leave to file petition for rehearing denied.

No. 762. JOHNSON *v.* GOODYEAR TIRE & RUBBER CO. ET AL., 400 U. S. 962. Petition for rehearing denied. MR. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.